FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 17-03016 | | Trustee Name: | Laura J. Genovich |
|---|---|---|---|---|
| Case Name: | COONEY, BEVAN T | | Date Filed (f) or Converted (c): | 06/20/2017 (f) |
| For the Period Ending: | 12/31/2018 | | §341(a) Meeting Date: | 08/11/2017 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining** |
| **Ref. #** | | | | | |
| 1  ipad, smartphone | $400.00 | $0.00 | | $0.00 | FA |
| 2  clothes | $300.00 | $0.00 | | $0.00 | FA |
| 3  Cash | $80.00 | $0.00 | | $0.00 | FA |
| 4  checking Chemical Bank | $7,500.00 | $0.00 | | $0.00 | FA |
| 5  checking & savings Wells Fargo Bank- per divorce decree and property settlement, account in Bevan Cooney's name only | $1,280.00 | $131.60 | | $0.00 | FA |
| 6  Wakpamni Lake Community Corporation Special Limited Revenue Bonds, Series of 2014A Issued Date: 10/9/2014 Principal amount: $5,000,000.00 at 6.02% interest, maturity date 10/1/2021 | Unknown | $0.00 | | $0.00 | FA |
| 7  Loan to Jason Holmby dated 3/22/13 for $95,000.00 uncollectable | $0.00 | $0.00 | | $0.00 | FA |
| 8  Loan to Oxford Metrica Limited/ Galanis dated 8/13/13 for $35,000.00 uncollectable | $0.00 | $0.00 | | $0.00 | FA |
| 9  Loan to Tydus Richards 3/23/16 for $500.00 uncollectable | $0.00 | $0.00 | | $0.00 | FA |
| 10 Loan to Tydus Richards for $2000.00 on 3/28/16 uncollectable | $0.00 | $0.00 | | $0.00 | FA |
| 11 Loan to BDGM Inc for $1500.00 uncollectable | $0.00 | $0.00 | | $0.00 | FA |
| 12 Loan to Black Star, LLC for $110,000.00 uncollectable | $0.00 | $0.00 | | $0.00 | FA |
| 13 Loan to Kirkwood Drew for $30,000.00 uncollectable | $0.00 | $0.00 | | $0.00 | FA |
| 14 Loan to Red Star for $40,000.00 uncollectable | $0.00 | $0.00 | | $0.00 | FA |
| 15 Loan to Rob Cooney for $3500.00 uncollectable | $0.00 | $0.00 | | $0.00 | FA |
| 16 Loan to Shaun Young for $2000.00 uncollectable | $0.00 | $0.00 | | $0.00 | FA |
| | | **SUBTOTALS** | | $0.00 | $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2

| Case No.: | 17-03016 | | Trustee Name: | Laura J. Genovich |
| Case Name: | COONEY, BEVAN T | | Date Filed (f) or Converted (c): | 06/20/2017 (f) |
| For the Period Ending: | 12/31/2018 | | §341(a) Meeting Date: | 08/11/2017 |
| | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |
| 17 | Convertible loan to Burnham Financial uncollectable - Burnham Financial filed bankruptcy and closed | $0.00 | $0.00 | | $0.00 | FA |
| 18 | brokerage Ameritrade Insured Dept Account (IDA) | $34.10 | $34.10 | | $0.00 | FA |
| 19 | Loan to Matt Boggs for $10,000.00 uncollectable / | $0.00 | $0.00 | | $0.00 | FA |
| 20 | 2008 Volvo V90 station wagon Mileage: 60000 wife's property - page 3 of property settlement agreement | $1.00 | $0.00 | | $0.00 | FA |
| 21 | Cloverhill Capital, LLC - balance sheet dated May 31, 2017 | $24,201.00 | $19,829.40 | | $0.00 | $24,201.00 |

**Asset Notes:** Per amended schedules dated 09/06/217 (DN24)

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**
$33,796.10    $19,995.10    $0.00    $24,201.00

**Major Activities affecting case closing:**

| 07/26/2018 | Rec'd S Hogan (FSCS) re: assets. LJG |
| 12/15/2017 | FSCS COUNSEL IS PURSUING AVOIDABLE TRANSFERS. LJG |
| 10/31/2017 | 10/31/2017: Telephone conference with Debtor regarding requested borrower addresses, accountant information and possible stock sale. JY |
| 09/28/2017 | 09/25/2017: AP filed against Debtor by Rachel Cooney. |
| 09/12/2017 | 09/06/2017: Amended Schedules filed adding interest in Cloverhill Capital, LLC with a value of $24,201. Debtor exempted $4,371.60 under (d)(5) leaving $19,829.40 non-exempt. JY |
| 08/31/2017 | 08/31/2017: Follow up on additional docs requested per LJG. JY |
| 08/01/2017 | 08/31/2017: Employ FSCS. JY |

| **Initial Projected Date Of Final Report (TFR):** | 06/20/2019 | /s/ LAURA J. GENOVICH |
| **Current Projected Date Of Final Report (TFR):** | 06/20/2019 | LAURA J. GENOVICH |